UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 9:14-cv-80229-MIDDLEBROOKS/BRANNON

FAUSTA SANTOS AGUILAR LOPEZ
("Aguilar"), an individual,

    Plaintiff,

v.

GREENACRE FARMER'S MARKET, INC.
("Greenacre"), Florida company, and
JOE DEFEO ("DeFeo"), an individual,

    Defendants.
_____/

### MOTION TO COMPEL

1. Plaintiff Fausta Aguilar ("Aguilar") hereby moves the Court, pursuant to Fed. R. Civ. P. 37, to Compel Defendant's listed trial witness to appear for deposition or alternatively strike him from Defendants' Amended Trial Witness List.

2. On Tuesday July 22, 2014 Defendants served their Amended Witness List in this matter to include an individual by the name of Byron (last name unknown) [DE 53].

3. Pursuant to this Court's Trial Scheduling Order, Defendants have listed Mr. Byron (last name unknown), and indicated that his address and telephone number are that of Defendants' attorneys.

4. According to Defendants' Motion to Amend Witness List [D.E. 41], Mr. Byron is purported to have dated Plaintiff and may have knowledge regarding the allegations of Plaintiff's Complaint.

5. Plaintiff's counsel has asked Defendants' counsel whether they would accept Mr. Byron's subpoena for deposition and no answer has been provided.

6. Plaintiff is otherwise unable to serve Mr. Byron for deposition as Defendants have withheld his last known home address and his telephone number[1].

7. Plaintiff would be unfairly prejudiced without being able to take the deposition of Mr. Byron, especially under the circumstances in which Defendants have indicated that he is under their care and representation.

WHEREFORE, Plaintiff Fausta Aguilar respectfully requests that this Court enter an order requiring Defendants to produce their new added witness, Mr. Byron, or alternatively strike him from Defendants' Amended Witness List and grant such further relief that this Court deems just and proper.

### Rule 7.1(a)(3) CERTIFICATE OF CONFERENCE OF COUNSEL

I HEREBY CERTIFY that on July 25, 2014, the undersigned attempted to confer with Defendants' counsel, Antoinette Theodossakos Esq., regarding the herein requested relief. However, Defendants' counsel has opposed to the relief herein requested.

/s/ Miguel Armenteros, Esq.
Miguel Armenteros, Esq. (0014929)

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on Robert G. Haile, Jr., Esq. and Antoinette Theodossakos, Esq., Haile, Shaw & Pfaffenberger, P.A., *Counsel for Defendants*, 660 U.S. Highway One, Third Floor, North Palm Beach, FL 33408, on this the 25th day of July, 2014 via the Court's CM/ECF system.

/s/ Miguel Armenteros
Miguel Armenteros (0014929)

---

[1] Mr. Byron was formerly employed by Defendants and, presumably, under IRS recordkeeping guidelines they would have his last known mailing address.

miguel@pbyalaw.com
PERLMAN, BAJANDAS, YEVOLI &
ALBRIGHT, P.L.
1000 Brickell Avenue, Suite 600
Miami, FL 33131
Telephone: (305) 377-0086
Facsimile: (305) 377-0781
*Attorney for Plaintiff Fausta Santos Aguilar*